# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MARY LEE BARNETT, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Cause No. 4:12CV00373CDP |
| | ) |
| MARC WASEM, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF PREJUDICIAL DISMISSAL

It is hereby stipulated and agreed by and among parties, through their undersigned counsel, that the claims in the above-captioned action are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(ii) as to all defendants. Each party to bear its own costs and attorneys' fees.

                                                                                              **CHRIS KOSTER**
                                                                                              Missouri Attorney General

| | |
|---|---|
| /s/ Craig Kessler | */s/ Dana Walker Tucker* |
| Craig L. Kessler | Dana Tucker |
| 103 S. Meramec Ave. | P. O. Box 861 |
| St. Louis, MO  63105 | St. Louis, MO  63188 |
| Attorneys for Plaintiff | Assistant Attorney General |
| | Attorneys for Defendants |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of October, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to:

Dana Walker Tucker
Denise G. McElvein
P. O. Box 861
St. Louis, MO  63188
Attorneys for Defendants